UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 3:16-cv-00886-L-WVG<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Parties' Joint Motion [Doc. 13] to Dismiss under Fed. R. Civ. P. 41, the Court hereby dismisses this action with prejudice, each party to bear their own fees and costs.

Dated:  February 13, 2017

_____
Hon. M. James Lorenz
United States District Judge